# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 31, 2024

Lyle W. Cayce
Clerk

No. 24-10272
Summary Calendar

───────────────────

United States of America,

*Plaintiff—Appellee*,

*versus*

Wilmer Yonathan Doblado-Padilla,

*Defendant—Appellant*.

───────────────────────────────────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CR-285-1

───────────────────────────────────────

Before Higginbotham, Jones, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Wilmer Yonathan Doblado-Padilla appeals the sentence imposed following his guilty plea conviction for illegal reentry in violation of 8 U.S.C. § 1326. He challenges the application of the enhanced penalty range in § 1326(b) as unconstitutional because it permits a defendant to be sentenced above the statutory maximum of § 1326(a) based on a prior conviction that

───────────────────────

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10272

was not alleged in the indictment or found by a jury beyond a reasonable doubt.

As Doblado-Padilla correctly concedes, this issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019). He raises this issue to preserve it for further review. The Government has filed an unopposed motion for summary affirmance or, alternatively, for an extension of time to file a brief.

Because summary affirmance is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), the Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the district court's judgment is AFFIRMED.